

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00145-CV

———————————————

GUARDIANSHIP OF IRMA N. COOPER, AN INCAPACITATED PERSON

On Appeal from Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2015-GD00081-2

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

On December 27, 2018, the trial court rendered an order denying Irma N. Cooper's petition to restore her rights and terminate guardianship. We dismiss Cooper's appeal from that order as untimely.

Probate and guardianship proceedings are exceptions to the one final judgment rule, such that multiple judgments that are final for purposes of appeal can be rendered on discrete issues. *In re Guardianship of Benavides*, 403 S.W.3d 370, 374 (Tex. App.—San Antonio 2013, pet. denied); *see In re Guardianship of Macer*, 558 S.W.3d 222, 226 (Tex. App.—Houston [14th Dist.] 2018, no pet.). If no statutory appeal provisions control, a probate court order is final and appealable only if it disposes of all parties or issues in a particular phase of the proceedings. *Macer*, 558 S.W.3d at 227; *see Benavides*, 403 S.W.3d at 374. Here, the trial court's order denying Cooper's petition disposed of all parties and issues in a discrete phase of the proceeding, and it was therefore an appealable order. *See, e.g.*, *In re Guardianship of Tonner*, 513 S.W.3d 496, 498 (Tex. 2016) (considering appeal from order denying restoration); *In re Guardianship of Croft*, 513 S.W.3d 592, 593 (Tex. App.—Houston [14th Dist.] 2016, no pet.) (same).

Cooper filed a notice of appeal on April 23, 2019. Because it was filed nearly 120 days after the trial court's final and appealable order, Cooper's appeal appeared to be untimely. *See* Tex. R. App. P. 26.1. On May 1, 2019, we asked Cooper to show grounds for continuing her appeal. Cooper's response did not demonstrate grounds for continuing her appeal.

Accordingly, we dismiss this appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered:  July 18, 2019